**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | Case No. 13-12208 |
|---|---|
| Deidre T Redmond | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/26/2013.

2) The plan was confirmed on 07/11/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/18/2013.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $468.90 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $468.90

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $106.31 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $20.94 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $127.25

Attorney fees paid and disclosed by debtor:   $149.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI INC | Unsecured | 987.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 970.00 | 952.26 | 952.26 | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 230.19 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 250.00 | 1,465.40 | 1,465.40 | 0.00 | 0.00 |
| Collection Company O | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| Collection Company O | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 501.40 | NA | NA | 0.00 | 0.00 |
| Cook Coutny Health & Hospitals | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| Cook Coutny Health & Hospitals | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Data Search | Unsecured | 1,124.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| Ffcc-columbus Inc | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Guaranty bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| I.C. Systems, Inc. | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| Linegarger Goggan Blair & Sampson | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 1,344.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| MW40 Midwest Title Loans Onc | Secured | 1,500.00 | NA | 1,500.00 | 100.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 737.76 | 1,215.50 | 1,215.50 | 0.00 | 0.00 |
| QUANTUM3 GRP | Unsecured | NA | 497.00 | 497.00 | 0.00 | 0.00 |
| ROLLIN' RIDES AUTO SALES INC | Secured | 2,900.00 | 0.00 | 2,900.00 | 241.65 | 0.00 |
| Southwest Credit Syste | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 1,378.12 | 1,378.12 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 280.78 | 280.78 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 461.43 | 461.43 | 0.00 | 0.00 |
| U S Dept Of Ed/Fisl/Ch | Unsecured | 14,574.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Unsecured | NA | 453.68 | 453.68 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 400.00 | 498.28 | 498.28 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 15,110.00 | 15,155.71 | 15,155.71 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Valentine | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,400.00 | $341.65 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,400.00** | **$341.65** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$22,358.16** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $127.25 |
| Disbursements to Creditors | $341.65 |
| **TOTAL DISBURSEMENTS:** | **$468.90** |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/10/2014        By: /s/ Tom Vaughn
                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**